## 10277.   ELAM v. THE STATE.

BROYLES, P. J.   None of the special grounds of the motion for a new trial is meritorious; the verdict is amply supported by the evidence; and the court did not err in refusing a new trial.

> Judgment affirmed.   Bloodworth and Stephens, JJ., concur.
> DECIDED MARCH 7, 1919.

Indictment for manufacture of intoxicating liquor; from Lincoln superior court—Judge Walker.   November 27, 1918.

*C. J. Perryman,* for plaintiff in error.

*R. C. Norman, solicitor-general,* contra.

---

## 10306.   PARKS et al. v. DORSEY, solicitor-general.

BROYLES, P. J.   The decision of this court in *Parks* v. *State* 23, *Ga. App.* 276 (98 S. E. 90), has caused the questions in the present bill of exceptions to become moot.   The writ of error is therefore

> Dismissed.   Bloodworth and Stephens, JJ., concur.
> DECIDED MARCH 7, 1919.

Motion for correction of brief of evidence; from Forsyth superior court—Judge Morris.   December 24, 1918.

*H. B. Moss,* for plaintiffs in error.

*John T. Dorsey, solicitor-general,* contra.

---

## 10352.   ANTHONY v. THE STATE.

STEPHENS, J.   The verdict being authorized by the evidence and approved by the trial judge, the judgment overruling the motion for a new trial is affirmed.

> Judgment affirmed.   Broyles, P. J., and Bloodworth, J., concur.
> DECIDED MARCH 7, 1919.

Accusation of manufacture of intoxicating liquor; from city court of Macon—Judge Guerry, January 28, 1919.

*Hunter & Wimberly,* for plaintiff in error.

*Will Gunn, solicitor,* contra.